UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>F. HARVEY WHITTEMORE,  )<br>  )<br>   Defendant(s).  )<br>_____ ) | CASE NO. 3:12-cr-58-LRH-WGC<br><br>MINUTES OF THE COURT<br><br>DATED: July 26, 2012 |

PRESENT: <u>THE HONORABLE LARRY R. HICKS,</u> U.S. DISTRICT JUDGE

Deputy Clerk: <u>Dionna Negrete</u>   Reporter: <u>None Appearing</u>
U.S. Attorney: <u>None Appearing</u>   Counsel for Defendants: <u>None Appearing</u>

MINUTE ORDER IN CHAMBERS:

A Joint Motion to Vacate and Continue Trial Date, Hearing Requested [#15], was filed on 7/24/12. The Court has reviewed the motion. Pursuant to stipulation of counsel, and by order of this Court a hearing is not necessary, and the motion is GRANTED.

IT IS ORDERED that Pretrial Motions and Notice of Defenses shall be filed and served on or before October 15, 2012. Responses to Pretrial Motions shall be filed and served on or before November 30, 2012. Replies if any shall be filed and served on or before December 21, 2012.

IT IS FURTHER ORDERED that Jury Trial currently set on August 7, 2012, is continued to February 26, 2013. Calendar call currently set on 7/26/12 shall be continued to February 14, 2013.

IT IS FURTHER ORDERED that pursuant to the parties' stipulation, time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(A) and (h)(7)(B)(i) and (ii). Counsel further reserve their right to later move to continue the trial date if needed. IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   <u>D. NEGRETE</u>
        Deputy Clerk