1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                              DISTRICT OF NEVADA

7                                    * * *
                                        )
8    UNITED STATES OF AMERICA,          )
                                        )
9              Plaintiff,               )        3:12-CR-0058-LRH-WGC
                                        )
10   v.                                 )
                                        )        ORDER
11   F. HARVEY WHITTEMORE               )
                                        )
12             Defendant.               )
                                        )
     _____

14          This is a clarification to the court's order denying defendant F. Harvey Whittemore's

15   ("Whittemore") motion to exclude or limit "other acts" evidence. Doc. #142.[1]

16          Absent further comment by the parties, the court's order is clarified to not include

17   Rule 404(b) "other acts" evidence related to non-family members of defendant Whittemore in

18   whose names contributions were made in 2008 and later. The court reserves ruling on this issue.

19          IT IS THEREFORE ORDERED that the court's order (Doc. #142) is CLARIFIED in

20   accordance with this order.

21          IT IS SO ORDERED.

22          DATED this 13th day of May, 2013.

23

24                                               _____
                                                 LARRY R. HICKS
                                                 UNITED STATES DISTRICT JUDGE

25

26
     _____

       [1] Refers to the court's docket number.