1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

14

DISTRICT OF NEVADA

15
16    UNITED STATES OF AMERICA          CASE NO. 3:12-cr-00058-LRH-WGC

17                    Plaintiff,

18        vs.

19    F. HARVEY WHITTEMORE

20                    Defendant.          **ORDER REGARDING**

21
22    **F. HARVEY WHITTEMORE'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS REPLIES TO THE GOVERNMENT'S RESPONSES TO POST-TRIAL MOTIONS**

23

24        Defendant, F. Harvey Whittemore, by and through his attorneys, Gordon Silver, hereby

25    moves for an extension of time to file his Replies to the Government's Responses to Mr.

26    Whittemore's post-trial motions.  This motion is supported by the attached memorandum of

27    points and authorities and all papers and pleadings on file herein.

28

-1-

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

2       Following trial in this matter, Mr. Whittemore filed two post-trial motions on June 12,

3  2013: (1) Motion in Arrest of Judgment and to Dismiss with Respect to Counts 1 through 3 of

4  the Indictment (# 178[1]); and (2) Motion for New Trial (# 179).  On June 28, 2013, the Court

5  issued an Order (# 183) granting the Government's Unopposed Motion for An Extension of

6  Time to File its Responses (# 182) to both post-trial motions.  Pursuant to this Order, the

7  Government timely filed its Responses (## 185, 186) to the post-trial motions on July 15, 2013.

8       Mr. Whittemore respectfully requests an extension of time to and including August 12,

9  2013, to file his replies in support of his post-trial motions (## 178, 179).  Mr. Whittemore

10  requests this extension in order to allow adequate time to fully brief the complex issues raised in

11  his motions and responded to by the Government.  In addition, counsel needs additional time as a

12  result of obligations in this and other cases.

13       Counsel for Mr. Whittemore has contacted Steven W. Myhre, counsel for the

14  Government, who indicated that the Government does not oppose an extension of time to and

15  including August 12, 2013.  This extension of time is not being made for purposes of delay and

16  will not impact any other deadlines in this case.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28  

---

[1] Refers to the Court's docket number.

1    For these reasons, Mr. Whittemore respectfully requests that the Court grant this motion

2    and allow Mr. Whittemore to file his replies in support of the post-trial motions on or before

3    August 12, 2013.

4    DATED this 26th day of July, 2013

5

6                                          GORDON SILVER

7

8                                          /s/ Justin J. Bustos
                                           DOMINIC P. GENTILE
9                                          Nevada Bar No. 1923
                                           VINCENT SAVARESE III
10                                         Nevada Bar No. 2467
                                           3960 Howard Hughes Pkwy., 9th Floor
11                                         Las Vegas, Nevada 89169
                                           (702) 796-5555

12                                         JUSTIN J. BUSTOS
                                           Nevada Bar No. 10320
13                                         100 W. Liberty Street, Suite 940
                                           Reno, NV  89501
14                                         Tel:  (775) 343-7500
                                           Fax: (775) 786-0103
15
                                           *Attorneys for Defendant,*
16                                         *F. Harvey Whittemore*

17

18                                  ORDER

19

20    IT IS SO ORDERED.

21    DATED this 29th day of July, 2013.

22

23                                         LARRY R. HICKS
                                           UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                         -3-